# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

INTERCLOBO CUSTOMS BROKER, INC., and
INTERGLOBO S.R.L.,

                    Plaintiffs,

-against-

SUNDERLAND BROTHERS COMPANY,
                    Defendant.

-----------------------------------------------------------X

19 **CIVIL** 5723 (GBD) (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 24, 2020, Magistrate Judge Cott's Report is adopted. Accordingly, judgment is entered as follows:

## Judgment in favor of ICB

| Invoice No. | Amount | Invoice Date | Int. Rate (%) | Interest | Total |
|---|---|---|---|---|---|
| 8994 | $3,286.09 | Sept. 30, 2018 | 15 | $664.42 | $3,950.51 |
| 9293 | $1,365.34 | Oct. 7, 2018 | 15 | $272.13 | $1,637.47 |
| 12564 | $1,463.24 | Dec. 16, 2018 | 15 | $249.55 | $1,712.79 |
| 12898 | $1,292.58 | Dec. 23, 2018 | 15 | $216.73 | $1,509.31 |
| 214 | $1,821.61 | Feb. 11, 2019 | 15 | $268.00 | $2,089.61 |
| 522 | $450.00 | Feb. 21, 2019 | 15 | $64.36 | $514.36 |
| 3322 | $2,790.00 | Mar. 27, 2019 | 15 | $360.02 | $3,150.02 |
| Total | $12,468.86 | | | $2,095.30 | $14,464.07 |

In favor of InterGlobo Customs Broker, Inc. (ICB) in the amount of $12,468.86 in damages, along with prejudgment interest at the rate set forth in the above table calculated till the date of entry of judgment of $2,095.30, and continuing until judgment is satisfied, plus post-judgment

interest pursuant to 18 U.S.C. §1961(a); ICB is also entitled to $1,941.53 in attorneys' fees, and $200 in costs.

**Judgment in favor of SRL**

| Invoice No. | Amount | Invoice Date | Int. Rate (%) | Interest | Total |
|---|---|---|---|---|---|
| 9223 | $8,299 | July 11, 2018 | 2.14 | $278.81 | $8,577.81 |
| 13336 | $5,454 | Sept. 14, 2018 | 2.33 | $176.87 | $5,630.87 |
| 18009 | $4,401 | Nov. 20, 2018 | 2.52 | $134.00 | $4,535.00 |
| 18578 | $4,895 | Dec. 4, 2018 | 2.58 | $147.74 | $5,042.74 |
| 20931 | $4,462 | Jan. 16, 2019 | 2.49 | $116.89 | $4,578.89 |
| 21306 | $120 | Jan. 16, 2019 | 2.49 | $3.14 | $123.14 |
| Total | $27,631 | | | $857.45 | $28,488.45 |

In favor of InterGlobo S.R.L. (SRL) in the amount of $27,631.00 in damages, along with prejudgment interest at the rate set forth in the above table calculated till the date of entry of judgment of $857.45, plus post-judgment interest pursuant to 18 U.S.C. §1961(a); SRL is also entitled to $200 in costs.

Dated: New York, New York
      February 4, 2020

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 2/4/20 20